**09-15- 001 CV**

**NOVEMBER 1, 2014**

COURT OF APPEALS, NINTH DISTRICT

STATE OF TEXAS

Appeal originated in the Justice Court Pct # 1

In Montgomery County, Justice of the Peace the <than Honorable

WAYNE MACK Presiding

And was forwarded to the

MONTGOMERY COUNTY COURT AT LAW #2

In CONROE, TEXAS

**FILED**

**JAN - 2 2015**

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

NO. 0009519SC

_On style: Powers_
_V Michails house_

**APPEAL**

Plaintiff and appellant in this matter, PATRICIA POWERS seeks redress and relief in the COURT OF APPEALS, NINTH DISTRICT, STATE OF TEXAS from the JUDGMENT and OPINION signed July 10, 2014 Of JUSTICE WAYNE MACK, Precinct One in Montgomery County, Texas.

ERRORS NOTED: 1-Justice Mack refused to allow the plaintiff to present the case, interrupted the plaintiff and shook his head to indicate no.

2. Justice Mack failed to read or scan the rental agreement, a contract.

3. Justice Mack failed to read or scan the text messages. The plaintiff offered her cell phone only to authenticate the text messages.

4. Justice Mack allowed the defendents to offer fraudulent testimony that was challenged by the rental agreement, text messages and police reports.

5- Justice Mack allowed a hostile court and allowed his court clerk Brandy to order the plaintiff to

**HIRE A ATTORNEY**

Submitted, PATRICIA POWERS, plaintiff, pro se indigent litigant

_Powers, Patricia_

November 24, 2014

IN THE COUNTY COURT AT LAW NUMBER TWO

MONTGOMERY COUNTY

TEXAS

Cause No. 14-28442

IN STYLE: PATRICIA POWERS VS MICHAELS HOUSE, QUIRCUS WILLIAM "BILL" GRIFFIN, OWNER, CAROL PERRY ROSENBAUM et al

*Presiding judge C. Laird*

Your court lacks jurisdiction in this matter. On or about November 1, 2014, the appeal was forwarded to the COURT OF APPEALS, NINTH DISTRICT, STATE OF TEXAS, 1001 PEARL STREET, #330, BEAUMONT, TEXAS 77701. Your court is contingent upon the outcome of the COURT OF APPEALS.

In the past, your Court Coordinator, Peggy Freemon ordered a pro se litigant to "hire a attorney" and someone destroyed the docket. This is a docket error at the expense of a attorney and a pro se litigant.

## DOCKET ERRORS

At this time, your DOCKET CONTROL ORDER # 14-28442 contains errors. DEFENDENTS ET AL, #1 Michaels House #2 Quircus William "Bill" Griffin "owner" #3 Carol Perry Rosenbaum # 4 Duane Fisher is not a witness nor a defendant #5 Martha is not a witness nor a defendant.

## MEDIATION

Mediation is requested at the expense of the defendents, the prognosis is questionable secondary to the self confessed mental illness, cocaine addiction, addiction to pain pills, alcohol addiction and addiction to illegal substances of the defendents: Perry Rosenbaum and Griffin.

## ILLEGAL EVICTION FROM MICHAELS HOUSE

December 28, 2013, the appellant was forcefully evicted by Carol Perry Rosenbaum secondary to the threat of physical violence. The appellant then slept in WalMart Parking Lot in Conroe, Texas in her automobile.

## JUSTICE OF THE PEACE COURT

On July 14, 2014 the appellant sought relief and damages in the amount of $262.00 for **ILLEGAL EVICTION, BREECH OF CONTRACT, THREATS AND DEFAMATION OF CHARACTER.**

### PRAYER

At this time, November 24, 2014, the damages have increased to $362.00. The appellant requests damages of $362.00.

*Patricia Powers*      *pro se indigint litigant*

Signed: PATRICIA POWERS,

GENERAL DELIVERY

CONROE, TEXAS 77305

936-777-1887

936-439-4273

### CERTIFICATE OF SERVICE

I do swear that a true and correct copy of the petition on November 24, 2014 was hand delivered by myself, Patricia Powers, to the COUNTY COURT AT LAW NUMBER TWO, MONTGOMERY COUNTY, TEXAS, and ATTORNEY DUANE T. CORLEY, PC at 208 West Davis Street, Conroe, Texas 77301

A true and correct copy of this petition was mail via regular mail to the COURT OF APPEALS NINTH DISTRICT, STATE OF TEXAS, 1001 PEARL STREET, #330 BEAUMONT, TEXAS 77701 and the JUSTICE COURT SMALL CLAIMS, PCT 1 MONTGOMERY COUNTY, TEXAS.

*Patricia Powers*

Lewis

General delivery

Conroe Texas 77305

Court of Appeals, 9th District

1001 Pearl Street #330

Beaumont, Texas 77701

77701355280

31 DEC 2014 PM 7 L

FILED

JAN - 2 2015

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

FOREVER

FOREVER USA